55 GANS JUDGMENT LLC, as Successor in Interest to UNION CENTER NATIONAL BANK, Respondent, v GERALD ROMANOFF et al., Respondents, and THE SHERYL ROMANOFF IRREVOCABLE GRANTOR TRUST et al., Appellants, et al., Defendants.

55 GANS JUDGMENT LLC, as Successor in Interest to UNION CENTER NATIONAL BANK, Respondent, v GERALD ROMANOFF et al., Respondents, et al., Defendants. ROBERT ROMANOFF, Proposed Intervenor-Appellant; FRANK D. PLATT, ESQ., Respondent.

Submitted June 8, 2015; decided December 15, 2015

Motion to substitute the Estate of Gerald Romanoff as defendant-respondent herein for defendant-respondent Gerald Romanoff granted. Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of HIGHBRIDGE BROADWAY, LLC, Appellant, v ASSESSOR OF THE CITY OF SCHENECTADY et al., Respondents.

Submitted December 7, 2015; decided December 15, 2015

Motion by New York State School Boards Association for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.